IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZAVALA LICENSING LLC, | § | |
| | § | |
| Plaintiff, | § | Case No: 3:19-cv-00252-M |
| | § | |
| vs. | § | PATENT CASE |
| | § | |
| KEYSIGHT TECHNOLOGIES, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Zavala Licensing LLC hereby files this Voluntary Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Zavala Licensing LLC hereby voluntarily dismisses this action against Keysight Technologies, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: February 21, 2019         Respectfully submitted,

/s/ Jay Johnson
Jay Johnson
State Bar No. 24067322
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEY FOR PLAINTIFF**

**SO ORDERED**, this _____ day of _____, 2019.

_____
Judge - United States District Court